JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-5662RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| CHARLES SCOTT BROWN, | ) | |
| Defendant. | ) | |

Based on the defendant's unopposed motion to continue the trial date in this

matter, and the facts set forth in the affidavit of defense counsel in support of the motion,

which are hereby incorporated by reference and adopted as findings of fact, the Court

makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result

in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity,

including all relevant issues and defenses applicable to the case, which would make it

unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

within the time limits established by the Speedy Trial Act and currently set for this case.

18 U.S.C. § 3161(h)(7)(B(ii).

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1      4. Taking into account the exercise of due diligence, a continuance is necessary

2 to allow the defendant the reasonable time for effective preparation of his defense.

3 18 U.S.C. § 3161(h)(7)(B)(iv).

4      NOW, THEREFORE,

5      IT IS HEREBY ORDERED that the trial date is continued from February 3, 2014,

6 to April 28, 2014 at 9:30 a.m. The resulting period of delay up to and including July 31,

7 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and

8 (B).

9      Pre-trial motions are due no later than April 10, 2014.

10      Pre-trial conference shall be on April 18, 2014, at 8:30 am.

11      DONE this _21st_ day of January, 2014.

_Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

s/ _Jerome Kuh_
Jerome Kuh
Attorney for Defendant

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE -2
_United States v. Charles Brown_ / CR13-5662RJB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**